IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VICTOR MALDONADO AYALA, | § § § § § § § § § § § § | |
| *Petitioner*, | | No. 1:26-CV-00673-DAE |
| v. | | |
| ORTEGA, *et al.*, | | |
| *Respondents*. | | |

<u>ORDER FOR ADDITIONAL BRIEFING</u>

Before the Court is Victor Maldonado Ayala's ("Petitioner") Petition

for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt. # 1), and

Federal Respondents'[1] Response (Dkt. # 5).  Petitioner has not filed a reply.  The

Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before close of</u>**

**<u>business on April 14, 2026</u>**, Petitioner shall file supplemental briefing on the issue

of the order of removal as alleged in the Government's response.  The Federal

Respondents provide documentation suggesting that on March 18, 2026, an

immigration judge issued an order of removal against Petitioner, and that Petitioner

---

[1] Federal Respondents includes Pamela Bondi, Kristi Noem, the Department of Homeland Security, Todd Lyons, U.S. Immigration and Customs Enforcement, and Sylvester M. Ortega.

1

has until April 17, 2026 to appeal that decision to the BIA before it becomes final.

In updated briefing, the Court requests additional information, including whether

Petitioner has already appealed this order, whether he intends to, or whether he will

be subject to a final order of removal as of April 18, 2026.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, April 9, 2026.

_____
David Alan Ezra
Senior United States District Judge